# The University of North Carolina Mission Statement

The mission of the University is shaped in large measure by the constitutional and statutory mandates by which public higher education is established and maintained. Article IX of the Constitution of the State declares:

> Sec. 8. Higher education. The General Assembly shall maintain a public system of higher education, comprising The University of North Carolina and such other institutions of higher education as the General Assembly may deem wise . . . .
>
> Sec. 9. Benefits of public institutions of higher education. The General Assembly shall provide that the benefits of The University of North Carolina and other public institutions of higher education, as far as practicable, be extended to the people of the State free of expense.

This constitutional mandate for a public system of higher education is effected by Chapters 115 and 116 of the General Statutes. Chapter 115A, enacted in 1963, provides for a statewide network of community and technical colleges and institutes which offer two-year college transfer and technical and vocational programs. Chapter 116 of the statutes, as amended by the General Assembly effective July 1, 1972, provides in Section 3 that:

> The board of trustees of the University of North Carolina is hereby redesignated, effective July 1, 1972, as the 'Board of Governors of the University of North Carolina.' The Board of Governors shall be known and distinguished by the name of 'the University of North Carolina' and shall continue as a body politic and corporate and by that name shall have perpetual succession and a common seal.

Section 4 of the statute provides for the University of North Carolina to be composed of the 16 public senior institutions in the state.

The Higher Education Reorganization Act of 1971, which placed those 16 institutions under one governing board, asserted the basic objectives and purposes for the University of North Carolina: to foster the development of a well-planned and coordinated system of higher education, to improve the quality of education, to extend its benefits, and to encourage an economical use of the state's resources.

Central to the process of strategic planning is the clarification of the overall mission of the University as a whole and the role and scope of the constituent institutions within that overall mission. As a part of the comprehensive mission review of 1992, the Board of Governors adopted a general mission statement for the University. This statement, with minor modifications, was given statutory status in 1995 when the General Assembly amended Chapter 116-1 of the General Statutes to include the following as the official mission statement of the University of North Carolina:

Statement of Mission

> The University of North Carolina is a public, multi-campus university dedicated to the service of North Carolina and its people. It encompasses the 16 diverse constituent institutions and other educational, research, and public service organizations. Each shares in the overall mission of the University. That mission is to discover, create, transmit, and apply knowledge to address the needs of individuals and society. This mission is accomplished through instruction, which communicates the knowledge and values and imparts the skills necessary for individuals to lead responsible, productive, and personally satisfying lives; through research, scholarship, and creative activities, which advance knowledge and enhance the educational process; and through public service, which contributes to the solution of societal problems and enriches the quality of

AvUNCW_Compl_Ex_1_001

life in the State. In the fulfillment of this mission, the University shall seek an efficient use of available resources to ensure the highest quality in its service to the citizens of the State.

Teaching and learning constitute the primary service that the University renders to society. Teaching, or instruction, is the primary responsibility of each of the constituent institutions. The relative importance of research and public service, which enhance teaching and learning, varies among the constituent institutions, depending on their overall missions.

---

URL: http://www.northcarolina.edu/content.php/system/mission.htm

Back



**UNIVERSITY OF NORTH CAROLINA WILMINGTON**
**University Planning**

≤ home

## UNCW Mission Statement

The University of North Carolina at Wilmington is a public comprehensive university dedicated to learning through the integration of teaching and mentoring with research and service. The college of arts and sciences, the professional schools, and the graduate school seek to stimulate intellectual curiosity, imagination, critical thinking, and thoughtful expression in a broad range of disciplines and professional fields. The university is committed to providing the highest quality undergraduate and graduate academic experience in an extensive array of programs at the baccalaureate and master's levels, as well as a doctoral program in marine biology. Our goal is excellence in teaching, scholarship, research, artistic achievement, and service.

UNCW encourages public access to its educational programs and is committed to diversity, international perspectives, and regional service. Our campus community strives to create a safe, supportive, and technologically progressive environment in which students, faculty, and staff work together to develop their interests, skills, and talents to the fullest extent. UNCW seeks to celebrate and study the heritage and environment of the coastal region, and to enrich its quality of life, economy, and education.

*Statement adopted by the UNC Board of Trustees on April 29, 2005,*
*and pending Board of Governors' approval*

*Last Updated: May 16, 2005*

Maintained by K. Spackman ( spackmank@uncw.edu)
Copyright Notice | About this Site

AvUNCW_Compl_Ex_2_003

http://www.uncw.edu/planning/mission.htm

1/18/2007