# Recommendation for Reappointment, Promotion, and/or Tenure.

| | |
|---|---|
| Name of RPT candidate: | Mike S. Adams |
| Department: | Sociology and Criminal Justice |
| Type of recommendation: | Promotion to Professor |
| Effective Date: | End of current academic year |

## I. Academic Status at UNCW

| | |
|---|---|
| Present rank: | Associate Professor |
| Effective Date: | August 1, 1998 |
| Previous rank(s) and date(s) at UNCW: | Assistant Professor, August 1, 1993- July 31, 1998 |
| Current employment status: | Tenured |

## II. Education

| Institution | Concentration | Dates | Degree |
|---|---|---|---|
| Mississippi State University | Sociology | 1993 | Ph.D. |
| Mississippi State University | Psychology | 1989 | M.S. |
| Mississippi State University | Psychology | 1987 | B.A. |

## III. Professional History (other than UNCW)

| Position/Rank | Institution | Dates |
|---|---|---|
| Research Associate | Mississippi State University | 1992-1993 |

AvUNCW_Compl_Ex_45_095

**IV. Contribution to Teaching**

  A. Required Subcategories

        1. Courses taught (a non-chronological list of course titles)

             CRJ 105 Introduction to Criminal Justice
             CRJ 370 Minorities, Crime, and Criminal Justice Policy
             CRJ 380 Criminal Law and Procedure
             CRJ 415 Research Methods in Criminal Justice
             CRJ 385 Law of Evidence
             CRJ 495 Trials of the Century
             HON/CRJ 105 Honors Introduction to Criminal Justice
             HON 120 Honors Enrichment Course (one credit hour)
             SOC 375 Juvenile Delinquency
             SOCI 023 Crime and Delinquency (taught at UNC-Chapel Hill, Summer 1999)
             UNI 101 Freshman Seminar (two credit hours)

        2. Sample course materials (a small number of representative items is sufficient)

     See attachments

        3. Summary of student evaluations

     Attached to this document

        4. Summary of peer evaluations of teaching

| Year | Department Average | Individual Average |
|------|--------------------|--------------------|
| 2005 | 6.4                | 6.0                |
| 2004 | 6.3                | 6.0                |
| 2003 | 6.7                | 7.3                |

        5. Academic advising within the department

     I average around 30 advisees per semester. Due to advising overload, I frequently have to turn down requests from students seeking to be added to my list of advisees.

  B. Optional subcategories:

AvUNCW_Compl_Ex_45_096

1. Courses developed/revised/new to the individual or to the university

Courses new to the applicant

CRJ 105 Introduction to Criminal Justice
CRJ 370 Minorities, Crime, and Criminal Justice Policy
CRJ 380 Criminal Law and Procedure
CRJ 415 Research Methods in Criminal Justice
HON/CRJ 105 Honors Introduction to Criminal Justice
HON 120 Honors Enrichment Course
SOC 375 Juvenile Delinquency
UNI 101 Freshman Seminar

Courses new to the applicant and to the university

CRJ 385 Law of Evidence
CRJ 495 Trials of the Century

2. Special initiatives in teaching; cite specific examples

My clearest example of a special initiative in teaching is a book I continue to revise and expand called "Criminal Procedure: Cases, Questions, and, Commentary." This has been the most time-consuming and rewarding project of my career. The idea for this project began when I was talking to attorney (and former UNCW professor) David Lynch about the poor text offerings in the area of Criminal Procedure (we have both taught the course "Criminal Law and Procedure"). Eventually, with David's encouragement, I wrote my own casebook.

When I began collecting the landmark Supreme Court cases for this book they weren't yet posted online at sources like LexisNexis or FindLaw. That made the project much more labor intensive. Basically, the initiative involved the following steps:

*Reading several hundred Supreme Court decisions dealing with the 4th, 5th, and 6th Amendment exclusionary rules, as well as violations of the Double Jeopardy prohibition.
*Selecting the five most important cases in each of fifteen areas of constitutional law and arranging them chronologically.
*Editing each case to avoid needless repetition.
*Actually typing the edited cases into Word (this took about six months of work including nights and weekends with the first version running well over 500 pages).

AvUNCW_Compl_Ex_45_097

*Finally, adding questions and comments for discussion at the end of each case and a short summary at the beginning of each of the fifteen chapters.

I signed a contract with McGraw-Hill Custom Publishing and sold this book through the bookstore for two years. Because I was disappointed with UNCW's 50% markup of the product, I opted to provide the book to my students free of charge starting in 2002. Although it was costly for me, the decision has saved our students thousands of dollars in an era of double-digit textbook inflation. This is an example of incorporating the sociological imagination into one's philosophy of teaching.

I did something similar in the course "Law of Evidence." This is another area in which textbook offerings are poor. To resolve this problem, I constructed an 83-page workbook that is so labor intensive for students that no other textbook is required. I also provide this to students free of charge (aside from the expense of copying the workbook). This project took three months (in the summer of 2001) to complete. The basic steps of the initiative follow:

*Reading several law school "evidence" workbooks.
*Selecting true/false and discussion problems appropriate for undergraduates (this admittedly involves reworking problems to make them less difficult).
*Copying significant portions of the Federal Rules of Evidence (especially Articles 4, 6, and 8) for students to learn and use for guidance in answering questions.
*Reading cases from other states to modify into class problems.
*Reading and editing North Carolina Supreme Court cases for class discussion.

The result of this project has been a more realistic and challenging class environment for those who plan to attend law school.

3. After my first semester at UNCW, Chair Steven McNamee called me into his office to discuss my teaching. I was pleasantly surprised when he told me that my SPOT scores were by far the highest in the department (we had over 25 faculty members at the time) and probably the highest in department history. Steve suggested that my "teaching as story-telling" philosophy and use of humor were important keys to my success in the classroom. Since then, I have tried to avoid big changes in my approach to teaching while adding important experiences to enhance my ability

AvUNCW_Compl_Ex_45_098

to tell good stories and maintain student interest. Some examples follow:

In 1994, I went on my first ride-along with the Wilmington Police. My last was in 1997. I stopped after a purchase of crack rock in Wilmington's "skull yards" (a notorious residential drug area) got a little out of hand. After a two-on-two encounter became a five-on-two encounter (against our favor) the imbalance had to be settled with the vice officer's sidearm. Nonetheless, the baseball bat dropped by the fleeing crack dealer provided a good introduction to the next day's lecture on so-called victimless crimes. I believe that teachers who crawl out of the safe haven of the office into the real world of crack dealers and prostitutes make for better teachers. My students seem to agree.

I have also ventured into unsafe areas such as the visitation rooms of death row in Texas to interview a mentally retarded rapist and murderer named John Penry. In addition to reading about the infamous Penry v. Lynaugh (1989) Supreme Court case (found in all of the introductory textbooks) students have read my correspondence with him as he awaits execution. Several of my students have also written to Penry and he has responded. This makes for a much more real and meaningful educational experience. Students have also enjoyed reading two letters written to me by George W. Bush, who was, of course, the Governor of Texas during several years of the appeal.

I have also visited the damp prison cells of murderers and rapists in Latin America. Within the walls of a prison in Ecuador, I actually witnessed the clubbing of a teenage prisoner as well as other conditions that are shocking to the conscience. I have interviewed the wrongfully accused and even worked toward the successful release of one American prisoner. Upon returning, I have shared these stories and taken my students to medium security prisons in North Carolina to help them put the problems of our system into a better (more global) perspective.

Every year (in April) I try to take my students to a felony criminal trial. This year we attended a double (second degree) murder trial. Students were asked to write about the experience on the final exam. I also have friends from the district attorney's office visit with the students during court recess to help explain some of the unfamiliar legal aspects of the cases.

I also try to set a good moral example for my students by taking a stand against racism and anti-Semitism which are, in my opinion,

AvUNCW_Compl_Ex_45_099

growing within the walls of the academy. Last year, I made an appearance on Fox News to debate a genocidal racist (and visiting professor at N.C. State) who tried to convince students (during a speech at Howard University) of the need to exterminate all white people from the face of the earth. I also appeared on Fox News Live to debate a Holocaust denying anti-Semite who was teaching at N.C. Wesleyan. In both cases, my opponents backed down from the debate. But by denouncing them on national television in front of millions of viewers, I sent an important moral message to my students about living, not just teaching, with a sociological imagination.

4. Grants and awards related to teaching

1996 I was awarded a $2000 stipend (added to base salary). This award was given to fifty faculty members at UNCW on the basis of SPOT scores and/or prior nomination for teaching awards.

5. Honors, listings, or awards related to teaching

2000 Who's who Among College Teachers (second time)

2000 UNCW Faculty Member of the Year (second time).

1998 UNCW Faculty Member of the Year (Awarded to one faculty member per year by the Dean's Office, nominated by UNCW Greeks).

1996 Who's Who Among College Teachers

Recognition by graduating seniors for teaching that contributed to "their progress during their academic career at UNCW."

2006, 2005, 2004, 2003, 2002, 2001, 2000, 1999, 1998, 1997, 1996, 1995, 1994, 1993.

6. Membership in professional societies primarily devoted to teaching

None

7. Attendance at professional meetings or sessions primarily devoted to teaching

None

AvUNCW_Compl_Ex_45_100

8. Completion of continuing education, workshops, symposia, or other specialized training programs primarily devoted to teaching

1999    May 18-June 22. Visiting Associate Professor at UNC Chapel Hill

1996    March 2-17. Guest Lecturer, Universidad San Francisco de Quito, March 2-17, 1996, Quito, Ecuador. (The History and Present Constitutional Status of the Death Penalty in the United States", and "The Rights of the Convicted: Prisoners and the Eighth Amendment". I also toured prison facilities and interviewed guards and prisoners to learn about the criminal justice system in another culture.

## V. Research, Scholarship, and Artistic Achievement

A. Required subcategories

1. Refereed publications (including juried or peer-reviewed performances, exhibits, artistic works, productions or writings)

a. Published

Evans, T. David, and Mike S. Adams. (2003). Salvation or Damnation? Religion and Correctional Ideology. ***American Journal of Criminal Justice***. 28: 15-35.

Adams, Mike S., Gray-Ray, Phyllis, Ray, Melvin C., and Craig T. Robertson. (2003). Labeling and Delinquency. ***Adolescence***. 38: 171-186.

Adams, Mike S. (2000). The Execution of the Mentally Retarded: An Examination of the Case of John Paul Penry. ***Humanity & Society***. 24:295-304.

Adams, Mike S., Johnson, James D., and T. David Evans. (1998). Racial Differences in Informal Labeling Effects. ***Deviant Behavior.*** 19:157-171.

Adams, Mike S. (1997). Ecuadorean Justice: Inside the Gates of El Centro de Rehabilitación Social de Varones #2. ***Humanity & Society. 21:199-204.***

Johnson, James D., Adams, Mike S., Hall, William, and Leslie Ashburn. (1997). Race, Media, and Violence:

AvUNCW_Compl_Ex_45_101

Differential Racial Effects of Exposure to Violent News Stories . **Basic and Applied Social Psychology**. 19:81-90.

Adams, Mike S. and T. David Evans. (1996). Teacher Labeling, Delinquent Peers, and Self-Reported Delinquency: A Longitudinal Test of Labeling Theory. **The Urban Review**. 28:199-211.

Adams, Mike S. (1996). Labeling and Differential Association: Towards A General Social Learning Perspective of Crime and Deviance. **American Journal of Criminal Justice**. 20:101-118.

Johnson, James D., Adams, Mike S., Ashburn, Leslie, and William Reed. (1995). Differential Gender Effects of Exposure to Rap Music on Black Adolescents' Acceptance of Teen Dating Violence. **Sex Roles**. 33:597-605.

McMillen, David L., Adams, Mike S., Wells-Parker, Elisibeth, Pang, Mark G., and Bradley J. Anderson. (1992). Personality Traits and Behaviors of Alcohol Impaired Drivers: A Comparison of First and Multiple Offenders. **Addictive Behaviors**.17:407-414.

b. Accepted for publication

Adams, Mike S and M. Reid Counts (2006). The Unanticipated Consequences of Hate Crime Legislation. **Judicature.**

2. Publications (or performances, exhibits, artistic works, productions or writing) not listed in the refereed category (e.g., abstracts, book reviews)

a. Published

2004 Mike S. Adams

**Welcome to the Ivory Tower of Babel: Confessions of a Conservative College Professor**. Augusta: Harbor House Publishing. Pp 200.

2000 Mike S. Adams

AvUNCW_Compl_Ex_45_102

*Criminal Procedure: Cases, Questions, and Commentary*.
New York: McGraw-Hill-Primis Custom Publishing. Pp.
530.

1997 Evans, T. David and Mike S. Adams

Executive Summary Report: New Hanover Survey of
Crime Victimization, Fear of Crime, and Public Response
to Crime.

1995. Mike S. Adams

Teaching Due Process To Conservative Criminal Justice
Students. *Focus on Law Studies*. 10:10-12.

1993. Mike S. Adams

Fear of Crime Among Non-Victimized College Students.
*Campus Law Enforcement Journal*. 23:33-35.

1993 Melvin C. Ray

Multijurisdictional Drug Task Forces in Mississippi: Are
They Making a Difference? A Final Report for the Social
Science Research Center, Mississippi State University.
(Contributing Author).

1991 Melvin C. Ray

Drug Control Program Evaluation In Mississippi: Using
Multiple Outcome Performance Measures. A Final Report
for the Social Science Research Center, Mississippi State
University. (Contributing Author).

b. Accepted for publication

None

c. Under consideration

David A. French and Mike S. Adams

Indoctri-Nation: How universities are destroying America

3. Research grants or research fellowships

AvUNCW_Compl_Ex_45_103

a. Awarded (include dates and amounts)

1995 Faculty Summer Research Initiative "UNCW Student Victimization Survey", $3000.

1994 Charles L. Cahill Award for Faculty Research and Development (for New Hanover County Citizen Crime Survey, with T. David Evans), $2000.

b. Applied for (include dates and status)

None

4. Grants or research fellowships for off-campus study or professional development

a. Awarded (include dates and amounts)

None

b. Applied for (include dates and amounts)

None

5. Presentations (including readings, lectures) at professional meetings

Adams, Mike S. (2005). The Future of Academic Freedom in the UNC System. Presented at the Pope Center for Higher Education Policy's Annual Conference in Raleigh, N.C.

Adams, Mike S. (2003). Ideological Diversity in the UNC System. Presented at the Pope Center for Higher Education Policy's Annual Conference at N.C. State University.

Adams, Mike S. (2000). The Execution of the Mentally Retarded: An Examination of the Case of John Paul Penry. Presented at the 50th Anniversary Conference of the Social Science Research Center at Mississippi State University.

Adams, Mike S. (1996). Ecuadorean Justice: Inside the Gates of El Centro de Rehabilitación Social de Varones #2. Presented at the Annual Meetings of the American Society of Criminology.

Adams, Mike S., and Melvin C. Ray. (1993). Differential Association and Secondary Deviance: Testing for Differential

AvUNCW_Compl_Ex_45_104

Effects by Race. Presented at the Annual Meetings of Alabama-Mississippi Sociological Association.

Adams, Mike S. (1992). Labeling and Differential Association: Towards A General Social Learning Perspective of Crime and Deviance. Presented at the Annual Meetings of the American Society of Criminology.

Adams, Mike S., and Craig T. Robertson. (1992). Labeling and Delinquency Among Rural Youth. Presented at the Annual Meetings of the Mid-South Sociological Association.

Adams, Mike S., and Melvin C. Ray. (1992). Fear of Crime Among College Students: Some Unexplored Correlates. Presented at the Annual Meetings of the Mid-South Sociological Association.

Adams, Mike S. (1992). Associations With Delinquent Peers and Illicit Substance Use among Youths. Presented at the Annual Meetings of the Alabama-Mississippi Sociological Association.

Adams, Mike S. (1990). Personality, Driving-Related Attitudes, and Arrest History Differences Between First Time and Multiple DUI Offenders. Presented at the Annual Meetings of the Alabama-Mississippi Sociological Association.

McMillen, David L., Adams, Mike S., and Wells-Parker, Elisibeth (1990). Personality and Behavioral Differences Between First and Multiple Offense Intoxicated Drivers.Presented at the Annual Meetings of the Southeastern Psychological Association.

6. On-going research projects, programs and goals

Over the first several years of my career, I focused on writing journal articles using panel data with fairly sophisticated statistical analysis. I was proud of those early articles, which were quite labor intensive, until it dawned upon me that they were being read by only a few dozen people. In fact, very little of what one sees in print - in both the Sociology and Criminology journals – is ever actually read, much less used, by anyone in the real world.

But in 1997, I wrote an article that was actually put to use in a meaningful way. The article was an expose on horrific prison conditions in Ecuador. I shared the article with some friends working for Amnesty International (AI) in New York and Los Angeles before the article actually went to press in the refereed journal "Humanity and Society." The people at AI requested

AvUNCW_Compl_Ex_45_105

permission to send the article to Corrine Brown (D-Florida), a member of the U.S. House of Representatives. Rep. Brown had been approached by AI with the story of a woman named Sandra Chase who was being held without due process in a prison in Quito, Ecuador - just a few miles from the prison I toured and upon which I based my article. AI hoped the graphic stories in my article would convince Brown to board a plane to Ecuador and work with the U.S. Embassy to get Sandra Chase out of a prison notorious for the sexual abuse of female prisoners. Weeks later, when I read the story of Sandra Chase's release in *USA Today* I realized that sociologists can, in fact, make a difference in this world.

Another example of this "impact sociology" would be my article on the case of mentally retarded death row inmate John Paul Penry. I wrote about the Penry case as part of a national campaign to encourage state legislators to pass laws protecting the mentally retarded from execution. I also wrote editorials on the topic - for the local Star News – that a few Texas newspapers reprinted. I have enclosed two letters written by then-Governor George W. Bush in response to my columns.

Eventually the campaign succeeded. After North Carolina passed legislation banning the execution of the mentally retarded, the Supreme Court banned the practice nationwide under the doctrine of "evolving standards of decency." Again, sociological writings played an important role in the process.

In the future, I am dedicating my research to addressing the most appalling violations of due process (to satisfy my interest in criminology) and civil rights (to satisfy my interest in pure sociology) in America. It is my contention that many of those violations are occurring on our nation's campuses.

Recently, I completed the proposal for my next book "Indoctri-Nation: How universities are destroying America." This distinctly sociological undertaking is co-authored with David A. French. French is a former Cornell Law School Professor and former President of the Foundation for Individual Rights in Education in Philadelphia. He is now Senior Legal Counsel for the Alliance Defense Fund and founder of its new Center for Academic Freedom. We fully expect to sign a major book contract this fall.

Assuming that "Indoctri-Nation" is published in 2007 (as I am certain it will), I will start work later in '07 on a book called "Anti-Semitism: From the left and right." This book will explore the

AvUNCW_Compl_Ex_45_106

disturbing rise in anti-Semitism coming from both ends of the political spectrum in America.

B. Optional subcategories

1. Membership in professional societies

Academy of Criminal Justice Sciences
Alabama-Mississippi Sociological Association
American Society of Criminology
National Association of Scholars
Mid-South Sociological Association
Southeastern Psychological Society
Southern Sociological Society

2. Attendance at professional meetings

See above, presentations

3. Supervision of graduate or undergraduate theses or extensive projects that involve research or artistic efforts

Sociology Senior Projects

"Symbolic Interactionist Theories of Juvenile Delinquency" by Sonja McMillan. (Directed)

"Demographic Correlates of Attitudes Towards Juvenile Justice" by Sheryl Hauf. (Directed)

"The Implications of Social Support Theory for Theoretical Integration in the Study of Juvenile Delinquency" by Sharon Lanier. (Directed)

Honors Projects

2005

Rachel Hamm "Security v. Liberty: An overview of constitutional challenges to airport searches" (committee)

2004

Michelle Salter "Structured Sentencing" (committee)

Sarah Busick "Women in Science" (committee)

AvUNCW_Compl_Ex_45_107

1997

Jimmy Shaffer, "Media Violence and Stereotype Reinforcement." (committee)

1995

Robey Bowman "Subjective Craving as a Function of Exposure to Psycho-Educational Films." (committee)

Master Theses

1996

Matt McNally. "Assessing the Tension Reduction Properties of Alcohol" (committee)

**VI. Service**

A. Required subcategory: Service to the university

    1.  University committee memberships, leadership positions, o administrative duties

    2001-2004 Judge, Greek Awards Committee

    1999-2000 Senior Leadership and Award Selection Committee

    1999-2001 University Housing Appeals Board

    1995 Center For Teaching Excellence Advisory Committee

    1993-1995 Sexual Assault Advisory Board

    2. College or school committee memberships, leadership positions, or administrative duties

    None

    3. Department committee memberships, leadership positions, or administrative duties

    2005-2006 Chair, Evaluation Committee

    2005-2006 Newsletter Committee

AvUNCW_Compl_Ex_45_108

2005-2006 Criminal Justice Faculty Search Committee

2004-2005 Faculty Mentor for Jon David

2004 Evaluation Committee

2001-2004 Space Committee

2001-2004 Policies and Procedures/Planning Committee

2001-2002 Faculty Mentor for Larry Bonney

2001 Policies and Procedures/Planning Committee

2001 (Fall) Criminal Justice Program Coordinator

1999-2000 Chair, Criminal Justice Faculty Search Committee

1997-1998 Faculty Senate

1997 Criminal Justice Faculty Search Committee

1997 Faculty Workload Committee

1996-2001 Faculty Evaluation Committee

1996-1998 Criminal Justice Program Coordinator

1996 Chair Search Committee

1996 Criminal Justice Faculty Search Committee

1994-1995 Office Procedures Committee

1994-1995 Sociology and Anthropology Advancement Committee

1994 Criminal Justice Faculty Search Committee

1993 (ongoing) Criminal Justice Program Committee

B. Optional subcategories:

    1. Service to the university

AvUNCW_Compl_Ex_45_109

a. Student counseling; student advising other than routine work with department advisees (as in the Center for Academic Advising, clubs, campus groups, etc.)

| | |
|---|---|
| 2003- | Faculty Advisor, College Republicans |
| 2002-2003 | Faculty Advisor, UNCW Pro-life Club |
| 2002-2005 | Academic Advisor, Theta Chi Fraternity |
| 2000 | Faculty Advisor, College Republicans |
| 1996-1998 | Faculty Advisor, Kappa Sigma Fraternity |
| 1994-1995 | Faculty Advisor, Criminal Justice Club |
| 1994-1995 | Faculty Advisor, Civil Disobedience Dissemination Organization |

Please note that my informal advising to student organizations, especially Christian groups, is also a prominent part of my service activities. Among other things, I help recruit students to file federal lawsuits against public universities whose diversity policies infringe upon the First Amendment guarantee of free exercise of religion. For example, I was in involved in the lawsuit at UNC-Chapel Hill, filed in September of 2004. The policy I opposed was struck down by a federal judge in April of 2005. This legal victory resulted in policy changes at many schools in the UNC system, including UNCW.

Also note that I use my national column (published on TownHall.com and sometimes in Human Events) to help Christian groups fight discrimination. One prominent example is a Florida college that tried to ban a Christian group from showing The Passion of the Christ. My column revealed that the school had falsely claimed to have a ban on showing "R" rated movies. When I discovered they had showed secular "R" rated movies in the past, the school reversed its position. I routinely expose such cases of anti-religious bigotry on our campuses.

I have also established a legal advising team of forty-one lawyers through my Limited Liability Corporation (LLC) "DrAdams.org". This was done to help educate students about their legal rights.

AvUNCW_Compl_Ex_45_110

Finally, I also informally advised student organizations who do not share my political or religious views. For example, I have worked with the UNCG Libertarians to help abolish unconstitutional "speech zones" that banned speech on 99% of the campus. That policy was abolished last Spring after I (and many others) took the case to the national media.

b. Other

My national activities as an activist in the campus free speech movement have generated a good deal of publicity for UNCW. The following quote by nationally syndicated talk show host Neal Boortz is illustrative: "Mike Adams is an associate professor at the University of North Carolina-Wilmington. This would be good enough reason to send your child to UNC-Wilmington, just so long as they have a class every single semester with Adams.

My lectures on C-SPAN (At Yale in May of 2004 and on Capitol Hill in June of 2005 and in Bathesda, MD in July of 2006) have also boosted the university's name recognition.

I initiated and organized the "Run against Rape" on April 22, 1995. This event, which was covered by WECT and The Wilmington Star News, helped foster an ongoing relationship with the Rape Crisis Center. U.S. Congressman Charlie Rose (D) served as M.C. of the event.

I was also named 2005 "Golden Seahawk" by the Pandion Society. This award is given to the most outstanding leader among all individuals, departments, and organizations at UNCW.

2004

Judge, Greek God/Goddess Competition

2004

Judge, Greek Games.

2001

Judge, Greek Games

AvUNCW_Compl_Ex_45_111

2000

Invited Speaker, Pi Honor Society Awards Banquet. "Balancing Greek Life and Academic Performance"

Invited Speaker, College Republicans. "Political Indoctrination in the Social Sciences."

Invited Speaker, Conservative Student Leadership Group, "Jesse Jackson Cries 'Wolf'...Again."

Invited Speaker, Conservative Student Leadership Group, "The Unspoken Truth About Hate Crime Legislation."

1999

Speaker, Conservative Leadership Group. "How Affirmative Action Really Works (and why academics lie about it)

1996

Moderator, Discussion on Marijuana Legalization, Residence Life.

1993

Invited Speaker, Kappa Sigma Parent's Weekend Banquet.

Judge, Annual Pledge Show, Kenan Auditorium.

2. Service to professional of scholarly organizations

a. Leadership in professional or learned societies

None

b. Leadership in seminars or short courses taught to professionals in the candidate's discipline

None

c. Professionally related activities (e.g., manuscript editor or editorial board member, artistic juror, grant or

AvUNCW_Compl_Ex_45_112

accreditation reviewer, advisor/leader/director in workshops or consultations)

    i. Paid

    1994-1995

    Reviewer for West Educational Publishing

    ii. Pro Bono

    <u>Manuscript Reviews</u>

    2000-2001 Deviant Behavior

    1998 American Journal of Criminal Justice

d. Other professional service

2006

Lecture on "Diversity on Academia" to the Young America's Foundation annual high school conference in Chevy Chase, Maryland. (Broadcast nationally on CSPAN).

Lecture on Academic Freedom at Auburn University

Lecture on Academic Freedom at the University of Oregon

Lecture on Academic Freedom at the University of New Hampshire

Lecture on Academic Freedom at Wake Forest University

Lecture on Academic Freedom at Pennsylvania State University

Lecture on Academic Freedom at Appalachian State University

Lecture on Academic Freedom at UNC-Charlotte

Debated Dean Gay Gullickson (University of Maryland) on Capitol Hill. Topic: The Importance of Women's Studies.

AvUNCW_Compl_Ex_45_113

2005

Lecture on Academic Freedom at North Carolina
State University

Lecture on Academic Freedom at University of Wisconsin
School of Law

Lecture on Academic Freedom at Ohio University

Lecture on Academic Freedom at Bradley University

Lecture on Academic Freedom at Monmouth College

Lecture on Academic Freedom at Wabash College

Lecture on Academic Freedom at Gonzaga University

Lecture on Academic Freedom at UNC-Greensboro

Lecture on Academic Freedom at Dalton State College

Lecture on Academic Freedom at Kalamazoo College

Speech for Clare Booth Luce Institute, Washington, DC.
(Broadcast live on C-SPAN)

Speech at Eagle Forum Annual Collegians Summit,
Washington, DC.

Speech to Accuracy in Academia Conference on Capitol
Hill

Radio Interviews (three), with The Big Talker, Wilmington,
NC.

Radio Interviews (two), with The Right Balance with Greg
Allen, Tampa, FL.

Television Interviews (three) with John Kasich, Fox News'
Heartland.

Radio Interviews (five) with Neil Boortz,
Atlanta, GA. (also Nationally Syndicated).

Interview with American Family Radio, Tupelo, MS

AvUNCW_Compl_Ex_45_114

National television interview for Fox News Live.

Radio Interview on The Right Questions, Wisconsin-based radio show .

Radio Interview Michael Reagan Show. Based in Sherman Oaks, California. (Nationally Syndicated).

2004-2006

Audio commentator Clash Radio (Miami, FL). My commentaries dealt with First Amendment issues.

2004

Personal Profile on front page of Raleigh News & Observer

Personal Profile on front page of Wilmington Star News

Lecture on Academic Freedom at Yale Law School (broadcast on CSPAN)

Lecture on Academic Freedom at Georgia Institute of Technology

Lecture on Academic Freedom at UNC-Greensboro

Lecture on Academic Freedom at the University of Alabama

Lecture on Academic Freedom at the University of Georgia

Lecture on Academic Freedom at UNC-Chapel Hill

Lecture on Academic Freedom at Mississippi State University

Debate on Freedom of Association at UNC-Chapel Hill (with Professor Marshall of UNC School of Law)

Speech for Eagle Forum's celebration of Phyliss Schlafly's 80th Birthday in Arlington, VA

Speech on Capitol Hill in Washington, D.C. for the eleventh annual Eagle Summit Collegiate Forum.

AvUNCW_Compl_Ex_45_115

Speech on Capitol Hill for Accuracy in Academia

Panel Presentation at the American Enterprise Institute, Washington, DC

Video Commentator for NRANews.com (Alexandria, VA), from August to November. My commentaries dealt with Second Amendment issues.

Guest Columns (three) in the Sunday *Washington Times*

Radio Interview with Phyllis Schlafly Live. (Nationally syndicated)

Radio Interviews (four) with Michael Reagan, in Sherman Oaks, California. (Nationally syndicated)

Television Interview on MSNBC's Scarborough Country, nationally televised

Radio Interviews (five) with Charles Adler in Winnipeg, Canada

Radio Interviews (five) with American Family Radio based in Tupelo, MS. (Nationally syndicated)

Radio Interviews (four) with America at Night with Ernie Brown based in Las Vegas, Nevada. (Nationally syndicated)

Radio Interviews (three) with Neal Boortz. (Nationally syndicated)

Radio Interview Ken Hamblin Show, based in Denver, CO. (Nationally syndicated).

First guest ever on the new radio program for the National Rifle Association (NRAnews.com). Broadcast live from the NRA national convention in Pittsburgh, PA

Radio Interviews (two) with Jerry Agar in Raleigh, NC.

Radio Interview with Bob Dutko in Detroit, MI

Radio Interview with Laurie Morrow in Vermont.

AvUNCW_Compl_Ex_45_116

Radio Interview with Cam Edwards in Oklahoma City, Oklahoma.

Radio Interviews (two) with Marcus Kinsley, in Greensboro, NC.

Radio Interview with WBAL in Baltimore, MD

Radio Interview with Mark Larson, Charlotte, NC.

Live Guest on NPR's "The State of Things" in Chapel Hill.

Radio Interviews (five) with Marty Shirah, Wilmington's Big Talker.

TV Interview with Austin Rhodes in Augusta, GA.

Radio Interview with Jim Wood, Knoxville, TN.

Radio Interview on Family Policy Matters, in Raleigh, NC.

Radio Interviews (eleven) Right Balance Radio with Greg Allen in Tampa, FL.

Speech to fellowship of Christian athletes in Wilmington, NC. Topic: Freedom of Association

Radio Interview with Terry Lowery in Houston, TX

Radio Interview with WUNC, Chapel Hill, NC.

Radio Interview with NRAnews.com, Washington, D.C.

Radio Interview with Gun Owner's of America, Washington, D.C.

Radio Interview with William Bence, based in Illinois.

Live in studio guest on World from Washington (CD) with Steve Myers.

Live in studio guest on NRANews.com with Cam Edwards.

Radio Interview with James Wood, Tennessee.

AvUNCW_Compl_Ex_45_117

"Clash Radio" Interview with Doug Giles, Miami, FL

Radio Interviews (two) with Viewpoints, Moorhead City, NC

Co-host (for four hours) on The Big Talker, Wilmington, NC

Live In Studio Interview on NRANews.com, Alexandria, VA

Radio Interview with Terry Lowery in Houston, TX.

Radio Interview with Georgia Tech radio station, Atlanta, GA

Radio Interview with Matt Murphy, Birmingham, AL

"Clash Radio" Interview with Doug Giles, Miami, FL

Speech to Augusta, GA Rotary Club.

Interview with Home School magazine

2003

Television Interview, MSNBC's Scarborough Country, nationally televised

Television Interview, The O'Reilly Factor, nationally televised

2001

Television Interview, Fox News' Hannity & Colmes, nationally televised

Speech to Wilmington Lion's Club. Topic :'"Diversity at UNCW."

2000

Panelist, North Carolina Legislature. Topic: Legislation banning the execution of the mentally retarded

AvUNCW_Compl_Ex_45_118

1995 Discussant, Academy of Criminal Justice Sciences National Meetings. Boston, MA. Topic: "Issues and Trends in the Abuse of Women and the Elderly"

1994 Discussant, Southern Sociological Society Meetings, Raleigh, NC. Topic: "New Directions in Fear of Crime Research"

1993-1994 Student Affairs Committee Member, Academy of Criminal Justice Sciences.

3. Community Service

    a.

        i. Paid

        None

        ii. Pro Bono

        Speech for Freedom Works at N.C. State Capitiol, June 26th, 2006. "Wasteful Spending in the UNC System."

        Host WLOZ Radio (Campus Station), September 25, 2000. Topic: Assault and Battery in Sports

        Television Interview, UNCW-TV, Feb 8, 2000, Topic: John Penry Execution

        Editorial, "Don't Execute Retarded Killer". Wilmington Star News. January 7.

        Editorial, "Texas Case Misrepresented". Wilmington Star News. June 27

        Editorial "Don't Blame the Constitution" Wilmington Star News, May 7, 1999

        Editorial "Simpson Verdicts Make Sense" Wilmington Star News, February 9, 1997

        WAAV Radio Interview (Discussion of our new "Trials of the Century" course)

AvUNCW_Compl_Ex_45_119

Newspaper Interview, November 20, 1995 (New Hanover County's Support for the Death Penalty)

Invited Speaker, NAACP Forum on the Impact of the O.J. Simpson Verdict on Race Relations in New Hanover County, November 1995

Television Interview, CNN Headline News Local Edition, Oct. 27, 1995, (Commentary on Demographic Correlates of Fear of Crime)

WGNI Radio Interview, October 26, 1995 (Discussion New Hanover County Crime Survey)

WAAV Radio Interview, October 26, 1995 (Discussion New Hanover County Crime Survey)

Newspaper Interview, October 26, 1995 (Discussion New Hanover County Crime Survey)

Television Interview, WWAY, Oct. 26, 1995. Commentary on City/County Differences in Fear of Crime and Victimization rates)

Television Interview, WWAY, Sept. 29, 1995. (Commentary on Public Opinion Towards the Death Penalty)

Host WLOZ Radio, October 5, 1994 (General Discussion of Criminal Justice-Related Constitutional Issues)

Host WLOZ Radio, March 25, 1994 (Discussion of Recent Criminal Justice Issues)

Editorial "Don't Waste Cells on Petty Crime." Wilmington Star News, February 18, 1994 p. 11A.

Television Interview, WECT, Jan. 21, 1994, (Commentary on recent increases in violent crime)

AvUNCW_Compl_Ex_45_120