# UNITED STATES DISTRICT COURT

____Eastern____ District of ____North Carolina____

MICHAEL S. ADAMS

**SUMMONS IN A CIVIL ACTION**

V.

The Trustees of the University of North Carolina-Wilmington, et al (Please see attached for full list of defendants.)

CASE NUMBER: 7:07-cv-00064

TO: (Name and address of Defendant)

M. TERRY COFFEY
601 South College Road
Wilmington, NC 28403-5931

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Michael Schmidt
444 S. Main Street
Laruinburg, NC 28352

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          *Signature of Server*

                                    _____
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**ATTACHMENT TO SUMMONS**

**MICHAEL S. ADAMS,**

    Plaintiff

  vs.

The Trustees of the University of North Carolina-Wilmington—**M. TERRY COFFEY, JEFF D. ETHERIDGE, JR., CHARLES D. EVANS, LEE BREWER GARRETT, JOHN A. MCNEILL, JR., WENDY F. MURPHY, LINDA A. PEARCE, R. ALLEN RIPPY, SR., GEORGE M. TEAGUE, KRISTA S. TILLMAN, DENNIS T. WORLEY, KATHERINE L. GURGAINUS**—all in their individual and official capacities; **ROSEMARY DEPAOLO**, individually and in her official capacity as Chancellor of the University of North Carolina-Wilmington; **DAVID P. CORDLE**, individually and in his official capacity as Dean of the College of Arts and Sciences at the University of North Carolina-Wilmington; **KIMBERLY J. COOK**, individually and in her official capacity as Chair of the Department of Sociology and Criminal Justice at the University of North Carolina-Wilmington; **DIANE LEVY**, individually and in her official capacity as former interim Chair of the Department of Criminology and Sociology at the University of North Carolina-Wilmington,

    Defendants.