UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL S. ADAMS, )<br>    Plaintiff, )<br>) <br>v. )<br>) <br>THE TRUSTEES OF THE UNIVERSITY )<br>OF NORTH CAROLINA-WILMINGTON,)<br>DENNIS P. BURGARD, WILMA W. )<br>DANIELS, MICHAEL R. DRUMMOND, )<br>H. CARLTON FISHER, YVONNE W. )<br>KIDD, HENRY L. KITCHIN, JR., )<br>C. PHILLIP MARION, JR., RONALD B. )<br>MCNEILL, WENDY F. MURPHY, )<br>BRITT A. PREYER, MICHAEL B. )<br>SHIVAR, MAURICE R. SMITH, and )<br>ZACHARY C. STEFFEY, all in their )<br>official capacities; ROESMARY )<br>DEPAOLO, individually; DAVID P. )<br>CORDLE, individually; KIMBERLY )<br>J. COOK, individually; DIANE LEVY, )<br>individually; LESLIE HOSSFELD, in )<br>her official capacity as Chair of the )<br>Department of Sociology and )<br>Criminology at the University of )<br>North Carolina-Wilmington; )<br>STEPHEN MCNAMEE, in his official )<br>capacity as interim Dean of the )<br>School of Arts and Sciences at the )<br>University of North Carolina - )<br>Wilmington; and GARY L. MILLER, )<br>in his official capacity as Chancellor )<br>at the University of North Carolina - )<br>Wilmington, )<br>    Defendants. ) | JUDGMENT<br><br>No. 7:07-CV-64-H |

**JURY VERDICT.**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED, ADJUDGED AND DECREED defendants have deprived plaintiff of his First Amendment right to protected speech in violation of 42 USC § 1983 and the United States Constitution. Plaintiff is entitled to recover equitable damages from defendants, to be determined by the court at a later date.**

This Judgment Filed and Entered on March 20, 2014, with service with service via CM/ECF Notice of Electronic Filing on:

David A. French
Travis C. Barham
Robert M. Schmidt, III
Kimberly D. Potter
Stephanie Brennan
John P. Scherer, II


March 20, 2014                    JULIE A. RICHARDS, CLERK
                                  */s/ Lisa W. Lee*
                                  (By): Lisa W. Lee, Deputy Clerk