IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL S. ADAMS,<br><br>                Plaintiff,<br>     v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF NORTH CAROLINA-WILMINGTON, DENNIS P. BURGARD, WILMA W. DANIELS, MICHAEL R. DRUMMOND, H. CARLTON FISHER, YVONNE W. KIDD, HENRY L. KITCHIN, JR., C. PHILLIP MARION, JR., RONALD B. MCNEILL, WENDY F. MURPHY, BRITT A. PREYER, MICHAEL B. SHIVAR, MAURICE R. SMITH, AND ZACHARY C. STEFFEY, all in their official capacities; ROSEMARY DEPAOLO, individually; DAVID P. CORDLE, individually; KIMBERLY J. COOKE, individually; DIANE LEVY, individually; LESLIE HOSSFELD, in her official capacity as Chair of the Department of Sociology and Criminology at the University of North Carolina-Wilmington; STEPHEN MCNAMEE, in his official capacity as interim Dean of the School of Arts and Sciences at the University of North Carolina-Wilmington; and GARY L. MILLER, in his official capacity as Chancellor at the University of North Carolina-Wilmington<br><br>                Defendants. | Civil Action No.<br>7:07-CV-64-H<br><br><u>NOTICE OF APPEAL</u> |

PLEASE TAKE NOTICE that all defendants in the above-captioned civil action hereby

appeal to the United States Court of Appeals for the Fourth Circuit from: (i) the jury verdict of March 20, 2014 (DE 222); (ii) the Order of March 20, 2014, finding that defendants have deprived plaintiff of his First Amendment right to protected speech in violation of 42 USC § 1983 (DE 226); (iii) the Order of April 8, 2014 denying defendants' motion for judgment as a matter of law, or in the alternative, for a new trial and entering judgment in favor of plaintiff and against defendants (DE 235); and (iv) the Judgment of April 8, 2014 granting Plaintiff's motion for equitable relief in part and denying Defendants' motion for judgment as a matter of law or in the alternative, motion for new trial (DE 236).

Respectfully submitted this 7th day of May 2014.

ROY COOPER
Attorney General

/s/ Kimberly D. Potter
Kimberly D. Potter
Special Deputy Attorney General
NC State Bar No. 24314
E: kpotter@ncdoj.gov

/s/ Stephanie A. Brennan
Stephanie A. Brennan
Special Deputy Attorney General
NC State Bar No. 35955
E: sbrennan@ncdoj.gov
NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
T: (919) 716-6920
F: (919) 716-6764
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered CME/ECF users: David A. French, Travis C. Barham, Joseph J. Martins, R. Michael Schmidt, III, and counsel for Amici Curiae, J. Joshua Wheeler.

Respectfully submitted this 7th day of May 2014.

                                              ROY COOPER
                                              Attorney General

                                              /s/ Kimberly D. Potter
                                              Kimberly D. Potter
                                              Special Deputy Attorney General
                                              NC State Bar No. 24314
                                              E: kpotter@ncdoj.gov

                                              /s/ Stephanie A. Brennan
                                              Stephanie A. Brennan
                                              Special Deputy Attorney General
                                              NC State Bar No. 35955
                                              E: sbrennan@ncdoj.gov
                                              NC Department of Justice
                                              Post Office Box 629
                                              Raleigh, NC 27602-0629
                                              T: (919) 716-6920
                                              F: (919) 716-6764
                                              Attorney for Defendants