UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL S. ADAMS, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRUSTEES OF THE UNIVERSITY )<br>OF NORTH CAROLINA-WILMINGTON, )<br>et al. )<br>)<br>Defendants. ) | **JUDGMENT**<br><br>No. 7:07-CV-64-H |

**Decision by Court.**
**This case came before Senior District Judge Malcolm J. Howard for consideration on plaintiff's motion for attorneys fees and costs.**

**IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff's motion for attorney fees and costs is GRANTED in part and defendant shall pay to the plaintiff attorney and support staff fees in the amount of $698,131.50 and non-taxable costs in the amount of $12,495.00 for a total award of $710.626.50.**

This Judgment Filed and Entered on June 10, 2014, with service on:
David French (via CM/ECF Notice of Electronic Filing)
Travis C. Barham (via CM/ECF Notice of Electronic Filing)
Robert M. Schmidt, III (via CM/ECF Notice of Electronic Filing)
John P. Scherer, II (via CM/ECF Notice of Electronic Filing)
Kimberly D. Potter (via CM/ECF Notice of Electronic Filing)
Stephanie A. Brennan (via CM/ECF Notice of Electronic Filing)

JULIE A. RICHARDS, CLERK


/s/ Donna Rudd
(By): Donna Rudd, Deputy Clerk