FILED:  July 25, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 14-1461
(7:07-cv-00064-H)

_____

MICHAEL S ADAMS

Plaintiff - Appellee

v.

THE TRUSTEES OF THE UNIVERSITY OF NORTH CAROLINA-WILMINGTON; DENNIS P. BURGARD, in his official capacity; WILMA W. DANIELS, in her official capacity; MICHAEL R. DRUMMOND, in his official capacity; H. CALTON FISHER, in his official capacity; YVONNE W. KIDD, in her official capacity; HENRY L. KITCHIN, JR., in his official capacity; C. PHILLIP MARION, JR., in his official capacity; RONALD B. MCNEILL, in his official capacity; WENDY F. MURPHY, in her official capacity; BRITT A. PREYER, in his official capacity; MICHAEL B. SHIVAR, in his official capacity; MAURICE R. SMITH, in his official capacity; ZACHARY C. STEFFEY, in his official capacity; ROSEMARY DEPAOLO, individually; DAVID P. CORDLE, individually; KIMBERLY J. COOKE, individually; DIANE LEVY, individually; LESLIE HOSSFELD, in her official capacity as Chair of the Department of Sociology and Criminology at the University of North Carolina-Wilmington; STEPHEN MCNAMEE, in his official capacity as Dean of the College of Arts and Sciences at the University of North Carolina-Wilmington; GARY L. MILLER, in his official capacity as Chancellor of the University of North Carolina-Wilmington

Defendants - Appellants

and

R. ALLEN RIPPY, SR., in his individual and official capacity; KRISTA S. TILLMAN, in her individual and official capacity; LINDA A. PEARCE, in her individual and official capacity; GEORGE M. TEAGUE, in his individual and

official capacity; M. TERRY COFFEY, in his individual and official capacity;
DENNIS T. WORLEY, in his individual and official capacity; KATHERINE L.
GURGAINUS, in her individual and official capacity; JEFF D. ETHERIDGE, JR.,
in his individual and official capacity; CHARLES D. EVANS, in his individual and
official capacity; LEE BREWER GARRETT, in his individual and official
capacity; JOHN A. MCNEILL, JR., in his individiual and official capacity

     Defendants

------------------------------------

## O R D E R

------------------------------------

     Upon consideration of the stipulated motion to voluntarily dismiss, the court

dismisses this appeal, upon such terms as have been agreed to by the parties,

pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

     For the Court--By Direction

     /s/ Patricia S. Connor, Clerk